UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | No. 5:15-cv-05225 |
| | : | |
| TOLL BROTHERS, INC.; | : | |
| COMMONWEALTH FIRE PROTECTION | : | |
| COMPANY, INC.; | : | |
| UNITED INSULATION SERVICES, INC.; | : | |
| TOLL BROS., INC.; TOLL PA XIII, L.P., | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

AND NOW, this 21st day of March, 2016, for the reasons set forth in the Memorandum Opinion filed this date, Defendant Toll Bros., Inc. and Toll PA XIII, L.P.'s Motion to Compel Arbitration and Dismiss Plaintiff's Complaint, ECF No. 27, is **GRANTED IN PART**:

1.  Allstate Insurance Company shall pursue its claims against Toll Bros, Inc. and Toll PA XIII, L.P. through arbitration pursuant to the terms of the Agreement of Sale.[1] Allstate Insurance Company shall notify the Court within **fourteen days** of the arbitration award.

2.  This action is **STAYED** pending the resolution of the arbitration proceedings

3.  The Clerk of Court shall transfer this action to the Civil Suspense Docket.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] During a pretrial conference held on February 25, 2016, Defendants Commonwealth Fire Protection Company, Inc. and United Insulation Services, Inc., who each have brought their own claims against Toll Bros., Inc. and Toll PA XIII, L.P., expressed their willingness to pursue their claims through arbitration as well.